SCHIMKEVITZ v. BINGHAM, Police Com'r, et al.

(Supreme Court, Appellate Division, First Department. May 8, 1908.)

Appeal from Special Term.

Action by Max Schimkevitz against Theodore A. Bingham, police commissioner, and others. From an order continuing, during the pendency of the action, the temporary injunction granted, defendants appeal. Reversed.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Theodore Connoly, for appellants.

Samuel Cohen, for respondent.

PER CURIAM. The question presented on this appeal is the same as that presented in the case of Shepard v. Bingham (decided here-

with) 110 N. Y. Supp. 217, and for the reasons there stated the order appealed from is reversed, with $10 costs and disbursements, and the motion for an injunction denied, with $10 costs.

LAUGHLIN, J. I concur in the reversal of the injunction order in this case upon the grounds stated in my concurring memorandum in Eden Musee American Company, Limited, v. Theodore A. Bingham, Police Com'r, et al. (argued and decided herewith) 110 N. Y. Supp. 210, which apply to the facts here presented.